# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-12-00337-CV

**Jody Albrecht, Appellant**

**v.**

**Edgar H. Albrecht, Jr., Appellee**

### FROM THE COUNTY COURT AT LAW NO. 2 OF WILLIAMSON COUNTY
### NO. 10-1425-FC2, HONORABLE TIMOTHY L. WRIGHT, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Appellant Jody Albrecht has filed a notice of bankruptcy. *See* Tex. R. App. P. 8.1. We therefore abate this appeal until a party files a motion to reinstate or a motion to sever. *See* Tex. R. App. P. 8.2, 8.3. Appellant is ordered to inform this Court of the resolution of the bankruptcy proceeding or some other event that would allow this appeal to be reinstated. Should appellant fail to provide such notice, the appeal will be subject to dismissal for want of prosecution on this Court's or another party's motion. *See* Tex. R. App. P. 42.3(b), (c).

_____

Melissa Goodwin, Justice

Before Justices Puryear, Henson and Goodwin

Bankruptcy

Filed:   June 22, 2012